UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARLIN & ASSOCIATES HOLDING
LLC, and MARLIN & ASSOCIATES
SECURITIES LLC,

                Plaintiffs,

v.

THINK FINANCE, INC.,

                Defendant.

17-Cv-4977 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received a copy of a March 12, 2021 letter from counsel to the reorganized debtors in *In re Think Finance, LLC, et al.*, Case No. 17-33964-hdh11 (N.D. Tex.) This letter, sent to Lewis Wiener, Esq., of Eversheds Sutherland, states that the "debtors have been discharged of any liability to [plaintiff] Marlin beyond the treatment provided for" in the bankruptcy plan approved by the United States Bankruptcy Court for the Northern District of Texas. Accordingly, the Court intends to dismiss this action with prejudice on March 29, 2021 at 2:00 p.m. The parties are ordered to show cause why this case should not be dismissed with prejudice on or before that date.

Dated:  New York, New York
          March 19, 2021

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.