UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARLIN & ASSOCIATES HOLDING LLC, : 17-cv-4977 (SHS)
and MARLIN & ASSOCIATES SECURITIES
LLC, :

                       Plaintiffs, : ORDER

       -v- :

THINK FINANCE, INC., :

                      Defendants. :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On March 19, 2021, this Court entered an Order [ECF No. 28] that "the Court intends to dismiss this action with prejudice on March 29, 2021" and ordered the parties to show cause why this action should not be dismissed with prejudice at that time. No response having been received by this Court to that order to show cause,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice. The Clerk of Court shall close this case.

Dated: New York, New York
       October 18, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.